IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10747
Conference Calendar

_____


FRENANDO RAY TAYLOR,

                                        Plaintiff-Appellant,

versus

CECIL G. PURYEAR, Judge;
SAM R. CUMMINGS, Federal Judge,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:97-CV-182-C
- - - - - - - - - -
October 22, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Frenando Ray Taylor, Texas prisoner # 535001, is BARRED from
proceeding in forma pauperis (IFP) under the Prison Litigation
Reform Act of 1995 (PLRA) because, on at least three prior
occasions while incarcerated, Taylor has brought an action or
appeal in a United States court which was dismissed as frivolous.
Taylor v. Easley, No. 93-8847 (5th Cir. Aug. 12, 1994) (affirming
dismissal as frivolous in USDC No. W-93-CV-169); Taylor v.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Puryear, No. 97-10405 (5th Cir. Aug. 18, 1997) (affirming dismissal as frivolous in USDC No. 5:96-CV-94); see 28 U.S.C. § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996). Accordingly, Taylor's IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Taylor has 15 days from the date of this order to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to proceed with his appeal. Failure to pay the filing fee in full will result in dismissal of Tyler's appeal. See 5th Cir. R. 42.3.1.2.

APPEAL DISMISSED IF FULL FILING FEE NOT PAID.